[No. 20070–4–I.   Division One.   August 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ISAAC GALILEO MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 86–8–03462–7, Charles V. Johnson, J., entered February 18, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman, A.C.J., Winsor, J., dissenting.